UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MASON DENUX and<br>CAITLYN WOODARD DENUX,<br>  Plaintiffs, | CIVIL ACTION NO. 6:21-cv-00973-RRS-CBW |
| v. | JUDGE ROBERT SUMMERHAYS |
| HYUNDAI CAPITAL AMERICA, dba<br>KIA MOTORS FINANCE COMPANY,<br>  Defendant. | MAG. JUDGE CAROL B. WHITEHURST |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **JOINT MOTION TO DIMISS WITH PREJUDICE**

On motion of Plaintiffs, MASON DENUX and CAITLYN WOODARD DENUX, and Defendants, HYUNDAI CAPITAL AMERICA, INC. d/b/a Kia Motors Finance Company, through their undersigned counsel, on suggesting to the Court that all claims and causes of action that have been or could have been asserted in the above case have been compromised and settled against all defendants, and the parties request that the Court dismiss all of Plaintiffs' claims, with prejudice, as to all Defendants with each party to bear its own court costs.

Dated: May 3, 2022    Respectfully submitted,

BODENHEIMER, JONES & SZWAK, LLC

 /s/ *David A. Szwak*
DAVID A. SZWAK (21157)
416 Travis Street, Suite 800
Mid South Tower
Shreveport, LA  71101
Telephone:  (318) 424-1400
Facsimile:   (318 221-6555
Email:  bjks1507@aol.com
***Attorneys for Plaintiffs, Mason Denux and Caitlin Woodard Denux***

GIBSON LAW PARTNERS, LLC
Attorneys at Law

/s/ *Anna M. Grand*
JAMES H. GIBSON (#14285)
ANNA M. GRAND (#36474)
2448 Johnston Street (70503)
P.O. Box 52124
Lafayette, LA 70505
Telephone: 337-761-6025
Fax: 337-761-6061
Email: annagrand@gibsonlawpartners.com
***Local Counsel for Defendant, Hyundai Capital America***

AND

HOLLAND & KNIGHT LLP

Christopher R. Murphy
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: (312) 715-5722
Email: chris.murphy@hklaw.com
***Counsel for Defendant, Hyundai Capital America***
*(Admitted pro hac vice, 9/23/21, R. Doc. 16)*

Ariel S. Wossene
200 S. 10th Street, Suite 1000
Richmond, VA 23219
Telephone: (804-799-6593)
Email: ariel.wossene@hklaw.com
***Counsel for Defendant, Hyundai Capital America***
*(Admitted pro hac vice, 9/23/21, R. Doc. 15)*