UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MASON DENUX and<br>CAITLYN WOODARD DENUX,<br>    Plaintiffs, | CIVIL ACTION NO. 6:21-cv-00973-RRS-CBW |
| v. | JUDGE ROBERT SUMMERHAYS |
| HYUNDAI CAPITAL AMERICA, dba<br>KIA MOTORS FINANCE COMPANY,<br>    Defendant. | MAG. JUDGE CAROL B. WHITEHURST |

*************************************************************************

## ORDER OF DIMISSAL WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss with Prejudice of Plaintiffs, Mason Denux and Caitlyn Woodard Denux, and Defendants, Hyundai Capital America d/b/a Kia Motors Finance Company;

IT IS HEREBY ORDERED that Plaintiffs, Mason Denux and Caitlyn Woodard Denux, Petition for Damages be and the same is hereby dismissed, with prejudice, each party to bear their own respective costs of court.

Lafayette, Louisiana, this 4th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE